Supreme Court, New York Special Term. Reported. N. Y. L. J., April 11, 1900.

In the Matter of the Application of SAMUEL FEIST to Revoke the Liquor Tax Certificate of CHARLES S. LOCKE.

BISCHOFF, JR., J. The term " costs " has a definite meaning, and can only relate to the items fixed by statute as allowable by way of costs. Under the Liquor Tax Law (sec. 28, subd. 2), " costs " may be awarded in a proceeding of this character " in such sums as in the discretion of the justice  *   *   *  may seem proper," but the measure of costs thus to be awarded must be limited in a special proceeding as in an action (Code, sec. 3240 ⸱ to the items authorized by section 3251. " Costs " include disbursements (Code, sec. 3256), but nothing further, in the absence of an express provision for the award of an allowance in addition to costs.